# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BRINA MOSES,** )<br>)<br>*Plaintiff,* )<br>)<br>**v.** )<br>)<br>**GOJOB, INC., et al.** )<br>)<br>*Defendants.* )<br>)<br>) | Civil Action No.<br>**1:25-cv-01125-ELR-CMS** |

## NOTICE OF SETTLEMENT

Defendant GoJob Inc. ("GoJob") hereby notifies the Court that Plaintiff Brina Moses and GoJob have reached an agreement to settle the dispute as between them. The settlement resolves all claims asserted by Plaintiff against Defendant GoJob Inc. in this matter. These two parties are in the process of finalizing the settlement agreement and Plaintiff will file a stipulation of dismissal with prejudice as to Defendant GoJob Inc. upon completion of the settlement terms.

This notice does not affect Plaintiff's claims against the remaining Defendant, Kuehne + Nagel Inc., which remain pending.

Respectfully submitted, this 14th day of October, 2025.

*/s/ Diana Suber*

Diana Suber
Ga. Bar No. 690724
dsuber@theemploymentlawsolution.com
The Employment Law Solution
800 Mt. Vernon Hwy, NE Suite 410
Atlanta, GA 30328
Telephone: (678) 424-1380

*Counsel for Defendant Gojob, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BRINA MOSES,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| **v.** ) | Civil Action No. |
| ) | **1:25-cv-01125-ELR-CMS** |
| **GOJOB, INC., et al.** ) | |
| ) | |
| *Defendant.* ) | |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2025, I caused the foregoing to be filed, using the Court's electronic filing system, which will automatically send notice to all counsel of record.

*/s/ Diana Suber*

Diana Suber
*Counsel for Defendant GoJob Inc.*

3